UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK NEILL,<br><br>   Plaintiff,<br><br>   v.<br><br>STEPHANIE CLENDININ, et al.,<br><br>   Defendants. | No.  1:23-cv-00910 GSA (PC)<br><br>ORDER ACKNOWLEDGING PLAINTIFF'S REQUESTS FOR STATUS ON DEFENDANTS'S MOTION TO DISMISS<br><br>(ECF Nos. 22, 23) |

Plaintiff, a civil detainee proceeding pro se, and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983   This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

Before this Court are what are effectively Plaintiff's requests for status on Defendants' motion to dismiss. See ECF Nos. 22, 23.  As of June 24, 2024, Defendants' motion to dismiss was fully briefed. See generally ECF Nos. 14, 18, 20 (motion to dismiss; opposition; reply, respectively).

The Court herein acknowledges Plaintiff's requests for status.  Plaintiff is informed is  informed that the Court will address Defendants' motion to dismiss on its merits and will do so in due course.

Accordingly, IT IS HEREBY ORDERED that the Court herein ACKNOWLEDGES Plaintiff's requests for status on its review of Defendants' motion for sanctions.  See ECF Nos.

1  22, 23.

2  **The parties are informed that the Court will consider Defendants' motion to dismiss
3  in due course.**

4
5  IT IS SO ORDERED.

6  Dated:   **September 26, 2025**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE
7

2